# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | : | Civil Action No.: 1:15-cv-2362 |
| and | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| Plaintiffs, | : | Hon. John E. Jones III |
| v. | : | |
| PENN STATE HERSHEY MEDICAL CENTER | : | |
| and | : | |
| PINNACLEHEALTH SYSTEM | : | |
| Defendants. | : | |

## ORDER

## May 11, 2017

Presently before this Court is a Motion for Attorney's Fees and Costs Under Section 16 of the Clayton Act (doc. 143) filed by the Commonwealth of Pennsylvania. In conformity with the Memorandum Opinion issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. The Commonwealth's Motion for Attorney's Fees and Costs (doc. 143) is **DENIED**.

2. Defendants' Motion to Strike (doc. 152) a letter filed to the docket by the Commonwealth (doc. 151) is obviated by the Commonwealth's Notice (doc. 154) informing the Court that it has withdrawn that same letter. Accordingly, Defendants' Motion to Strike (doc. 152) is **TERMINATED**.

3. The Clerk of the Court **SHALL CLOSE** the file on this case.

 s/ John E. Jones III
John E. Jones III
United States District Judge
